IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT HUTT, and** <br> **JARED HUTT,** <br>       **Plaintiffs,** <br><br> v. <br><br> **XPRESSBET, LLC,** <br>       **Defendant.** | **CIVIL ACTION** <br><br><br><br> **NO. 20-494** |

**O R D E R**

**AND NOW**, this 28th day of May, 2020, upon consideration of Defendant's Motion to Compel Arbitration (Document No. 3, filed April 6, 2020), Plaintiffs' Response in Opposition to Defendant's Motion to Compel Arbitration (Document No. 5, filed April 20, 2020), and Defendant's Reply Brief in Support of Motion to Compel Arbitration (Document No. 8, filed April 27, 2020), for the reasons stated in the accompanying Memorandum dated May 28, 2020, **IT IS ORDERED** that Defendant's Motion to Compel Arbitration is **GRANTED**. The dispute between plaintiffs, Robert Hutt and Jared Hutt, and defendant, Xpressbet, LLC, is **REFERRED** to arbitration pursuant to the agreement between the parties—the Terms & Conditions—including but not limited to, the Terms of Wagering for All Users Placing Wagers.

**IT IS FURTHER ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** to plaintiffs' right to raise in arbitration the claims asserted in the dismissed Complaint.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

                                              **BY THE COURT:**

                                              /s/ Hon. Jan E. DuBois
                                              **DuBOIS, JAN E., J.**